

FILED

SEP 17 2019

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY**

**UNITED STATES OF AMERICA**

**v.**                              CRIMINAL NO.  5:19 - cr - 00238
                                    _____
                                    **21 U.S.C. § 843(a)(3)**

**REETA RICHMOND**

<u>I N F O R M A T I O N</u>
(Obtaining Controlled Substances by Fraud)

The United States Attorney Charges:

From in or about February 2017, through in or about July 2017, at or near Beckley, Raleigh County, West Virginia, within the Southern District of West Virginia, defendant REETA RICHMOND, knowingly and intentionally acquired and obtained possession of a controlled substance by misrepresentation, fraud, forgery, deception and subterfuge.

In violation of Title 21, United States Code, Section 843(a)(3).

## NOTICE OF FORFEITURE

Notice is hereby given of 21 U.S.C. § 853 and 28 U.S.C. § 2461(c). Under Section 2461(c), criminal forfeiture is applicable to any offenses for which forfeiture is authorized by any other statute, including but not limited to 21 U.S.C. § 853.  The following property is subject to forfeiture in accordance with Section 853 and/or 2461(c):

a.   All property which constitutes or is derived from proceeds of the violation set forth in this indictment; and

b.   If, as set forth in 21 U.S.C. § 853(p), any property described in (a) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a).

The following property is subject to forfeiture on one or more of the grounds stated above:

2

a.   A forfeiture money judgment in the amount of at least $7,000, such amount constituting the proceeds of the violation set forth in this indictment.


UNITED STATES OF AMERICA

MICHAEL B. STUART
United States Attorney

By:  _____
ANDREW J. TESSMAN
Assistant United States Attorney

3